OPINION — AG — ** MILK — MACHINES — STATUTES ** ONE MILK PROCESSOR MAY LAWFULLY PROCESS MILK FOR A DISTRIBUTOR WHO PROCESSES ITS OWN MILK AND SELLS THE SAME IN A DIFFERENT SIZE OF CONTAINER, BUT THAT, IF THE MILK SO PROCESSED IS SOLD UNDER THE TRADE NAME OF THE OTHER DISTRIBUTOR WHO DID NOT POSSESS THIS PARTICULAR MILK, THERE IS A "MISBRANDING" WHICH IS UNLAWFUL AND PROHIBITED BY 63 O.S. 295.3 [63-295.3] (CONTAINERS) CITE: 63 O.S. 295.3 [63-295.3] (J. H. JOHNSON)